```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 33511
   MELINDA E LAU
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4401

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/09/2004 and was confirmed 12/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/18/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------
LIBERTY MUTUAL GROUP       UNSECURED         2284.80            .00              .00
HARRIS BANK                NOTICE ONLY     NOT FILED            .00              .00
HARRIS BANK                SECURED           9950.00        1560.23          2964.14
HARRIS BANK                UNSECURED          873.96            .00              .00
ANTHONY LLARDO DDS         UNSECURED       NOT FILED            .00              .00
CAPITAL ONE BANK           UNSECURED          818.06            .00              .00
CHARMING SHOPPES FASHION   UNSECURED          655.98            .00              .00
PREMIER BANCARD CHARTER    UNSECURED          307.70            .00              .00
MONTGOMERY WARD MONOGRAM   UNSECURED       NOT FILED            .00              .00
NICOR GAS                  NOTICE ONLY     NOT FILED            .00              .00
NORTHLAND GROUP INC        UNSECURED       NOT FILED            .00              .00
ARROW FINANCIAL SERVICES   UNSECURED          211.83            .00              .00
GREENBERG & ASSOC          DEBTOR ATTY      1,994.00                         1,994.00
TOM VAUGHN                 TRUSTEE                                             364.03
DEBTOR REFUND              REFUND                                              105.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    6,987.40

PRIORITY                                            .00
SECURED                                        2,964.14
    INTEREST                                   1,560.23
UNSECURED                                           .00
ADMINISTRATIVE                                 1,994.00
TRUSTEE COMPENSATION                             364.03
DEBTOR REFUND                                    105.00
                         ---------------    ---------------
TOTALS                     6,987.40            6,987.40


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 33511 MELINDA E LAU
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                      /s/ Tom Vaughn

Dated: 10/22/07                        _____
                                                      TOM VAUGHN
                                                      CHAPTER 13 TRUSTEE